```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 09704
   ALMA L DIXON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4541


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/30/2007 and was confirmed 07/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
ASSOCIATES FINANCIAL SVC  SECURED           5744.00          .00            .00
10 MINUTE PAYDAY LOANS    UNSECURED       NOT FILED          .00            .00
A-ALL PAYDAY LOANS        UNSECURED          1333.62         .00            .00
KEITH S SHINDLER          NOTICE ONLY     NOT FILED          .00            .00
AMERICASH LOANS LLC       UNSECURED           519.71         .00            .00
AMERICASH LOANS LLC       NOTICE ONLY     NOT FILED          .00            .00
ARIZONA MAIL ORDER        UNSECURED       NOT FILED          .00            .00
ASSOCIATES FINANCIAL SER  UNSECURED       NOT FILED          .00            .00
ASSOCIATES FINANCIAL SVC  UNSECURED       NOT FILED          .00            .00
CITIFINANCIAL             NOTICE ONLY     NOT FILED          .00            .00
BANCORP SOUTH             UNSECURED       NOT FILED          .00            .00
CARTER CARDIOVASCULAR     UNSECURED       NOT FILED          .00            .00
CERTIFIED SERVICES        UNSECURED       NOT FILED          .00            .00
CHASE CREDIT CARDS        UNSECURED       NOT FILED          .00            .00
CHECK N GO                UNSECURED       NOT FILED          .00            .00
CHECK RITE                UNSECURED       NOT FILED          .00            .00
CHICAGO RIDGE RADIOLOGY   UNSECURED       NOT FILED          .00            .00
CITIBANK                  UNSECURED       NOT FILED          .00            .00
CITIFINANCIAL             NOTICE ONLY     NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED            200.00        .00            .00
CITY OF CHICAGO           NOTICE ONLY     NOT FILED          .00            .00
CPS                       UNSECURED          13166.11        .00            .00
CONSUMER PORTFOLIO SERV   UNSECURED       NOT FILED          .00            .00
COOK COUNTY TREASURER     UNSECURED       NOT FILED          .00            .00
EVERGREEN MEDICAL SPECIA  UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED            967.44        .00            .00
ICE MOUNTAIN              UNSECURED       NOT FILED          .00            .00
ILLINOIS LENDING CORPORA  UNSECURED             64.33        .00            .00
GARY A SMILEY             NOTICE ONLY     NOT FILED          .00            .00
ILLINOIS LENDING CORP     NOTICE ONLY     NOT FILED          .00            .00
JBC LEGAL GROUP           UNSECURED       NOT FILED          .00            .00
KENWOOD LIQUORS           UNSECURED       NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09704 ALMA L DIXON
```

```
LOAN EXPRESS CO            UNSECURED         302.81             .00              .00
MEDICAL COLLECTION         UNSECURED      NOT FILED             .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1886.09             .00              .00
PROGRESSIVE FINANCIAL SE   UNSECURED      NOT FILED             .00              .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED             .00              .00
ENCORE RECEIVABLE MANAGE   NOTICE ONLY   NOT FILED              .00              .00
SPRINT PCS                 UNSECURED     NOT FILED              .00              .00
TRIAD FINANCIAL CORP       NOTICE ONLY   NOT FILED              .00              .00
TRIAD FINANCIAL CORP       UNSECURED        2450.54             .00              .00
ILLINOIS LENDING CORP      UNSECURED        1295.94             .00              .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT    354.00              .00           354.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY    3,500.00                          2,355.98
TOM VAUGHN                 TRUSTEE                                             209.02
DEBTOR REFUND              REFUND                                                 .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    2,919.00

PRIORITY                                          354.00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  2,355.98
TRUSTEE COMPENSATION                              209.02
DEBTOR REFUND                                        .00
                         ---------------    ---------------
TOTALS                     2,919.00             2,919.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 12/22/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE